**Order entered March 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00450-CV

**JAMES T. CHAO, Appellant**

**V.**

**PLANO BUILDING STANDARD COMMISSION, CITY OF PLANO, TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05450-2016**

## ORDER

Before the Court is appellant's March 7, 2018 third motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **March 14, 2018**. We caution appellant that further extension requests will be disfavored.

/s/      ADA BROWN
            JUSTICE